IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TERRI L. COLEMAN-NAPPER, AS SPECIAL ADMINISTRATOR AND ADMINISTRATOR OF THE ESTATE OF TOSHORN D. NAPPER, JR.,(DECEASED) AND INDIVIDUALLY, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. |
| CKEM, INC. d/b/a TINY'S PUB & GRILL, GOODTYMES DUPO,LLC, d/b/a GOOD TIMES SALOON, DONALD J. VOELKER, MARK PACKER, PATROLMAN CAMERON CLEVELAND, SGT. JASON COOPER, TWO OR MORE UNIDENTIFIED EAST CARONDELET POLICE OFFICERS, THE VILLAGE OF DUPO, ILLINOIS, FORMER CHIEF KEVIN SMITH, THE VILLAGE OF EAST CARONDELET, CHIEF MICHAEL DENNIS, THE CITY OF ALTON, ILLINOIS, CHIEF MARCOS PULIDO, THE VILLAGE OF SAUGET, ILLINOIS, AND FORMER OFFICER ASHLEY ROEVER, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## *DEFENDANTS, CITY OF ALTON, ILLINOIS, AND CHIEF MARCOS PULIDO'S, NOTICE OF REMOVAL*

NOW Come Defendants, City of Alton, Illinois, and Chief Marcos Pulido, by Bleyer and Bleyer, their attorneys, pursuant to 28 U.S.C. §1441, and hereby remove this action to the United States District Court for the Southern District of Illinois. In support of this Notice, Defendants state as follows:

1. That on November 12, 2021, Plaintiff commenced this action by filing the Complaint in the Circuit Court of the Twentieth District, St. Clair County, Illinois. Attached hereto as Exhibit A is the original Complaint.

2. That the Complaint against these Defendants contains claims pursuant to 42 U.S.C. §1983. In Count VI, Plaintiff seeks damages for alleged violation of the Decedent's constitutional rights under 42 U.S.C. §1983 against Cameron Cleveland.

3. That in Count VII, Plaintiff seeks damages for alleged violation of the Decedent's constitutional rights under 42 U.S.C. §1983 against Jason Cooper.

4. That in Count VIII, Plaintiff seeks damages for alleged violation of the Decedent's constitutional rights under 42 U.S.C. §1983 against East Carondelet.

5. That in Count IX, Plaintiff seeks damages for alleged violation of the Decedent's constitutional rights under *Monell* against Village of Dupo, Illinois.

6. That in Count X, Plaintiff seeks damages for alleged violation of the Decedent's constitutional rights under *Monell* against Village of East Carondelet, Illinois.

7. That in Count XI, Plaintiff seeks damages for alleged violation of the Decedent's constitutional rights under 42 U.S.C. §1983 against Ashley Roever.

8. That in Count XII, Plaintiff seeks damages for alleged violation of the Decedent's constitutional rights under *Monell* against City of Alton, Illinois.

## *JURISDICTION*

9. This Court possesses subject matter jurisdiction over this action because the Complaint includes claims arising under the Constitution, laws or treaties of the United

States. *See 28 U.S.C. §1331*. Specifically, Counts VI, VII, VIII, IX, X, XI, and XII of the Complaint raise claims pursuant to 42 U.S.C. §1983.

10. This Court possesses supplemental jurisdiction over the remaining state law claims. *See 28 U.S.C. §1367*.

11. That not all the Defendants have been served. The following Defendants, who have been served, have consented to the removal and their Consents are attached as follows:

| | |
|---|---|
| Exhibit A | Defendants, CKEM, Inc., d/b/a Tiny's Pub & Grill, and Donald J. Voelker, by Brown & James, P.C. |
| Exhibit B | Defendants, Village of East Carondelet and Chief Michael Dennis, by Pierce Law Firm, P.C. |
| Exhibit C | Defendants, Village of Dupo, Chief Kevin Smith, Officer Cameron Cleveland, and Sergeant Jason Cooper, by Evans & Dixon, LLC |
| Exhibit D | Defendant, Village of Sauget, Illinois, by Becker, Hoerner & Ysursa, P.C. |

## *TIMELINESS OF REMOVAL*

12. That the Defendants have filed this Notice within thirty days of the service of Summons upon the State Court.

13. Accordingly, this Notice of Removal is timely brought before this Court. *See 28 U.S.C. §1446*.

## *VENUE AND OTHER MATTERS*

14. That because this action was originally filed in St. Clair County, Illinois, this action is properly removable to the United States District Court for the Southern District of Illinois. *See 28 U.S.C. §1441; 28 U.S.C. §92(a)(1).*

15. That a copy of this Notice of Removal has been delivered to the Circuit Court of St. Clair, Illinois, instructing that no further proceedings shall be had until such time as this matter is remanded by this Court.

16. That all pleadings and Court Orders from the Circuit Court of St. Clair County, Illinois will be filed with this Court.

WHEREFORE, Defendants, City of Alton, Illinois, and Chief Marcos Pulido, request this Court assume full jurisdiction over this cause herein as provided by law, and that further proceedings in the St. Clair County Circuit Court regarding the action be stayed. Defendants, City of Alton, Illinois, and Chief Marcos Pulido, further demand that a Trial of this matter in Federal Court be heard by a Jury.

BLEYER AND BLEYER

/s/ Joseph A. Bleyer

Joseph A. Bleyer
Attorney Registration No. 6193192
Attorneys for Defendants, City of Alton, Illinois, and Chief Marcos Pulido

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:  (618) 997-1331
Fax:             (618) 997-6559
e-mail:        *jableyer@bleyerlaw.com*

## CERTIFICATE OF SERVICE

The Undersigned certifies that a copy of the Defendants, City of Alton, Illinois, and Chief Marcos Pulido's, Notice of Removal was served upon the attorneys of record of all parties and/or the parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business addresses as disclosed by the pleadings of record herein and shown below, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Mailbox in Carbondale, Illinois, on the 16th day of December, 2021.

Allison F. Stenger
Michael P. Singer
Klar, Izsak & Stenger LLC
1505 S. Big Bend Blvd.
St. Louis, MO 63117

Charles A. Pierce
Pierce Law Firm, P.C.
#3 Executive Woods Court
Suite 200
Belleville, IL 62226-7602

David C. Berwin
Evans & Dixon, LLC
One Metropolitan Square
211 North Broadway, Suite 2500
St. Louis, MO 63102

Craig J. Concannon
Craig J. Concannon, P.C.
7911 Forsyth, Suite 300
St. Louis, MO 63105

John P. Cunningham
Daniel G. Hasenstab
Brown & James, P.C.
Richland Plaza One
525 West Main, Suite 200
Belleville, IL 62220-1545

Thomas R. Ysursa
Becker, Hoerner & Ysursa, P.C.
5111 West Main Street
Belleville, IL 62226

S/JOSEPH A. BLEYER

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618) 997-1331
Fax:         (618) 997-6559
e-mail:      *jableyer@bleyerlaw.com*